731 F.2d 280
 11 O.S.H. Cas.(BNA) 1922
 LOUISIANA CHEMICAL ASSOCIATION, Plaintiff-Appellant,
James E. Grace, M.D., Intervenor-Appellant,
v.
Eula BINGHAM, et al., Defendants-Appellees.
Harry J. SMITH, Plaintiff-Appellant,
v.
Eula BINGHAM, etc., et al., Defendants-Appellees.
Ronald P. CHAUFFE, Plaintiff-Appellant,
v.
Eula BINGHAM, etc., et al., Defendants-Appellees.
Columbus P. MILLET, Jr., Plaintiff-Appellant,
v.
Eula BINGHAM, etc., et al., Defendants-Appellees.
 No. 83-4044.
 United States Court of Appeals,
Fifth Circuit.
 May 7, 1984.
 
 McCalla, Thompson, Pyburn & Ridley, Horace A. Thompson, III, Susan L. Brooks, New Orleans, La., Stephen A. Bokat, Nat. Chamber Litigation Ctr., Inc., Washington, D.C., for plaintiffs-appellants.
 Nathanial Spiller, Dennis K. Kade, Dept. of Labor, Washington, D.C., for defendants-appellees.
 Bredhoff & Kaiser, Gary L. Sasso, George H. Cohen, Elliot Bredhoff, Washington, D.C., amicus curiae, for Industrial Union Dept.
 Appeal from the United States District Court for the Western District of Louisiana.
 Before RANDALL, TATE, and WILLIAMS, Circuit Judges.
 PER CURIAM:
 
 
 1
 The district court has correctly decided all contentions raised upon appeal by its memorandum ruling entered November 5, 1982. 550 F.Supp. 1136 (W.D.La.1982).
 
 
 2
 We therefore AFFIRM its judgment.
 
 
 3
 AFFIRMED.